# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY MENDEZ, et al. | Case No. 1:13-cv-00772-AWI-SKO |
| Plaintiffs, | **ORDER ON THE PARTIES' STIPULATION REGARDING THE FIRST AMENDED COMPLAINT** |
| v. | |
| | (Docket No. 8) |
| AT&T MOBILITY OPERATIONS HOLDINGS, INC., | |
| Defendant. | |

On September 17, 2013, the parties filed a stipulated request that Plaintiff be permitted to file a First Amended Complaint ("FAC") as set forth in the attachment to the parties' stipulation. (Doc. 8.) The parties further stipulated as follows:

> That Defendant AT&T Mobility Services, LLC ("Defendant") waives notice and service of the amended complaint and shall not be required to answer the amendment, and that all denials, responses, and affirmative defenses contained in the answer filed by former defendant AT&T Mobility Wireless Operations Holdings Inc. to the original complaint shall be deemed responsive to the amended complaint.

(Doc. 8, p. 2.) As the parties indicate in their joint scheduling report, Plaintiff named the wrong entity defendant in his original complaint. (Doc. 11, 2:10-22.) Thus, Plaintiff seeks to file an FAC naming AT&T Mobility Services, LLC, which is the entity that actually employed him, as

the defendant in this case.  AT&T Mobility Services, LLC, has agreed to accept service of the FAC.  (Doc. 11, 2:15-16.)

While the parties' stipulation with regard to the filing of the FAC is approved, Defendant AT&T Mobility Services, LLC, must file an Answer to the FAC on the docket.  For the reasons explained at the October 1, 2013, scheduling conference, the Court will not deem AT&T Mobility Operations Holdings, Inc.'s Answer (the originally named defendant), which was filed in state court prior to removal, as an answer to the FAC.

Further, Plaintiff has substituted new counsel who represented to the Court at the scheduling conference that Plaintiff would seek to file a Second Amended Complaint ("SAC"). Accordingly, Defendant's Answer to the FAC shall be due within 21 days of this order.  If the parties agree that Plaintiff may file a SAC, they may file a stipulated request that Defendant be relieved of any obligation to answer the FAC and may instead file an Answer to the SAC within an agreed-upon timeframe.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties' stipulated request that Plaintiff be permitted to file a First Amended Complaint is GRANTED;

2. Defendant shall file an answer to the complaint **within 21 days from the date of this order**; and

3. The parties may file a stipulated request regarding a Second Amended Complaint and the filing of an Answer thereto as set forth above.

IT IS SO ORDERED.

Dated:   **October 1, 2013**                          **/s/ Sheila K. Oberto**
                                                  UNITED STATES MAGISTRATE JUDGE