# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY MENDEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ATT&T MOBILITY OPERATIONS HOLDINGS, INC.,<br><br>　　　　Defendant.<br>_____/ | Case No.  1:13-cv-00772-AWI-SKO<br><br>**ORDER GRANTING PARTIES' STIPULATED REQUEST TO MODIFY THE SCHEDULE**<br><br>(Doc. 19) |

On April 25, 2014, the parties filed a stipulated request seeking to continue the deadlines in this case.  The parties have set forth good cause to modify the scheduling order deadlines. Although most of the proposed dates can be accommodated, the proposed date for the Pretrial Conference and the Trial have been adjusted by one (1) day to comport with the district judge's calendar.

Accordingly, the parties' schedule is modified as follows:

| Event | Current Deadline | Modified Deadline |
|---|---|---|
| Non-expert discovery | May 30, 2014 | August 29, 2014 |
| Expert Disclosure | June 2, 2014 | August 29, 2014 |
| Supp. Expert Discl. | July 1, 2014 | September 29, 2014 |
| Expert Discovery | August 1, 2014 | October 30, 2014 |
| Non-dispositive motion filing deadline | August 13, 2014 | November 10, 2014 |

| | | |
|---|---|---|
| Settlement Conference | August 12, 2014 | **November 10, 2014 at 10:30 a.m. in Courtroom 9.** |
| Non-dispositive hearing deadline | September 10, 2014 | December 10, 2014 |
| Dispositive motion filing deadline | September 15, 2014 | December 12, 2014 |
| Dispositive motion hearing deadline | October 27, 2014 | January 26, 2015 |
| PreTrial Conference | December 10, 2014 | March 11, 2015 |
| Trial | February 2, 2015 | May 19, 2015 |

IT IS SO ORDERED.

Dated:   **May 4, 2014**                           /s/ Sheila K. Oberto
                                                                UNITED STATES MAGISTRATE JUDGE