Maureen E. McFadden, SBN 203781
Law Offices of Maureen E. McFadden
1736 Franklin Street, 10th Floor
Oakland, CA 94612
Ph (510) 835-5203
Fax (510) 835-5205

Attorney for Plaintiff
JOHNNY MENDEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY MENDEZ,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>AT&T MOBILITY SERVICES, LLC and DOES 1-100,<br><br>　　　　　Defendants. | Case No.: 1:13:CV-00772-AWI-SKO<br><br>**STIPULATION AND ORDER RE DISMISSAL OF ACTION WITH PREJUDICE** |

**IT IS HEREBY STIPULATED** by and between the parties to this action, plaintiff Johnny Mendez and defendant AT&T Mobility Services LLC, by and through their respective attorneys of record, that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, this Court enter a dismissal with prejudice of all defendants.  Additionally, plaintiff requests that his complaint be dismissed in its entirety with prejudice, with the parties to bear their own costs and expenses.

DATED:  November 13, 2014　　　　　　　LAW OFFICES OF MAUREEN E. MCFADDEN


　　　　　　　　　　　　　　　　　　　　By: _____/s/ Maureen McFadden_____
　　　　　　　　　　　　　　　　　　　　　　　　Maureen E. McFadden

　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　JOHNNY MENDEZ

STIPULATION AND ORDER RE DISMISSAL - 1

DATED:  November 24, 2014                MILLER LAW GROUP


                                         By:      /s/ Adam Tullman
                                              Adam Tullman
                                              Lisa Hamasaki

                                         Attorneys for Defendant
                                         AT&T MOBILITY SERVICES LLC


**ORDER**

   Pursuant to the stipulation of the parties, and for good cause shown, this action is hereby dismissed with prejudice.

IT IS SO ORDERED.

Dated:   November 26, 2014                  _____
                                               SENIOR DISTRICT JUDGE